CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Saul Bojorquez-Armenta<br>DOB: XX/XX/1997; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>26-00017MJ |

| Complaint for violation of Title 8 | United States Code § 1326 (a); 1325 |
|---|---|

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE<br>UNITED STATES MAGISTRATE JUDGE | LOCATION<br>TUCSON, ARIZONA |
|---|---|---|

| DATE OF OFFENSE<br>ON OR ABOUT<br>January 30, 2026 | PLACE OF OFFENSE<br>AT OR NEAR<br>Douglas, Arizona | ADDRESS OF ACCUSED (if known) |
|---|---|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1:** On or about January 30, 2026 at or near Douglas, in the District of Arizona, **Saul Bojorquez-Armenta** an alien, knowingly and intentionally attempted to enter the United States of America, after having been entered, denied admission, excluded, deported, and removed from the United States through San Luis, AZ on September 23, 2019 and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of title 8, United States Code §1326. Enhanced by Title 8, United States Code §1326 (a), a felony.

**COUNT 2:** On or about January 30, 2026, at or near Douglas, in the District of Arizona, **Saul Bojorquez-Armenta** an alien, did attempt to enter the United States of America from the Republic of Mexico by making a willfully false or misleading representation or willful concealment of a material fact; in violation of Title 8, United States Code §1325, a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Saul Bojorquez-Armenta** is a citizen of Mexico. On September 23, 2019, **Saul Bojorquez-Armenta** was lawfully denied admission, excluded, deported, and removed from the United States through San Luis, AZ. On January 30, 2026, **Saul Bojorquez-Armenta** intentionally attempted to re-enter the United States at or near the Raul Castro Port of Entry in Douglas, Arizona by falsely claiming to be a United States citizen. **Saul Bojorquez-Armenta** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Subscribed to and sworn before me telephonically. | SIGNATURE OF COMPLAINANT<br>(official title)<br>Claudia M Kaminska |
|---|---|
| | OFFICIAL TITLE<br>CBPO/E |
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>February 2, 2026 |

1) See Federal rules of Criminal Procedure Rules 3, 4 and 54
Reviewing AUSA: Fernanda Munoz

CRIMINAL COMPLAINT